UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re: KELLY J. HASS ) Case No. 23-23420-GMH
)
) Chapter 7
Debtor )

---

**SECOND NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT**
_____

Andrew N. Herbach, the Trustee of this case intends to abandon the estate's interest in certain property, as described below, pursuant to 11 U.S.C. section 554.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you object to the Trustee's intended abandonment, or if you want the court to consider your views on the matter, then on or before <u>September 22, 2025</u>, you or your attorney must:

1. File with the Court a written objection to the abandonment and a request for a hearing at:

    Clerk of US Bankruptcy Court
    Eastern District of Wisconsin
    517 E. Wisconsin Avenue
    Milwaukee, WI 53202

2. If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

3. You must also mail a copy to:

    Office of the U.S. Trustee          Andrew N. Herbach
    Eastern District of Wisconsin       2545 N. Girasol Ave
    517 E. Wisconsin Avenue             Palm Springs, CA 92262
    Milwaukee, WI 53202

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Trustee's notice and may enter an order granting that relief.

All assets, except those itemized below, have been previously abandoned by the Trustee (see Notice of Abandonment (docket #12) and Statement of Abandonment (docket #16).

**Property to be Abandoned for Other Reasons**

The Trustee intends to abandon the following property, not because of exemption, security interest or liens, but because the property is burdensome to the estate and of inconsequential value for the following reasons:

Cash in the amount of $150 (asset #13): This asset has minimal value to the bankruptcy estate.

Claim in the Litigation Practices Group Chapter 11 bankruptcy $15,744.00 (asset #19). Trustee has filed Proof of Claim (unsecured #409 filed 8/30/23). The value of the bankruptcy claim appears to be minimal. The Chapter 11 case is pending and the actual value of this proof of claim will likely be only cents on the dollar. It is anticipated that the Chapter 11 case will continue for at least several years before any distribution may be made.

In the Hass bankruptcy, at least $19,000 in claims have been filed. Any recovery of the two assets above would appear to result in only a small distribution to creditors. Accordingly, Trustee believes that the assets should be abandoned and this case closed.

The Trustee reserves the right to withdraw from the proposed abandonment should circumstances require. Requests for additional information should be directed to the Trustee.

Dated: September 2, 2025 /s/ Andrew N. Herbach
Andrew N. Herbach, Trustee

Drafted by: Andrew N. Herbach, Trustee
2545 N. Girasol Ave
Palm Springs, CA 92262
Telephone: (414) 708-5904
Email: aherbach7@gmail.com